

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon Trust Company, fka The Bank of New York Trust Company as Successor in Interest to JP Morgan Chase Bank N.A. as Successor in Interest to Bank One, N.A. as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset-Backed Certificates Series 2003-WF1

**Order Filed on November 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-21535 ABA

Adv. No.:

Hearing Date: 10/22/19 @ 10:00 a.m..

Judge: Andrew B. Altenburg, Jr.

In Re:
    Nelson Fidelis DeGoes,

Debtor.

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Nelson Fidelis DeGoes
Case No:  18-21535 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon Trust Company, fka The Bank of New York Trust Company as Successor in Interest to JP Morgan Chase Bank N.A. as Successor in Interest to Bank One, N.A. as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset-Backed Certificates Series 2003-WF1, Denise Carlon appearing, upon a certification of default as to real property located at 23 Stag Run, Washington Township, NJ 08080, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew B. Finberg, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 17, 2019, Debtor is due for the August 2019 through October 2019 post-petition payments for a total post-petition default of $5,961.24, plus $350.00 for attorney's fees totaling $6,311.24; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $6,311.24 to be received no later than October 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments and stipulation payments from Agreed Order entered July 8, 2019 are to resume November 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.