Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–21535–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nelson Fidelis De Goes
    23 Stag Run
    Sewell, NJ 08080

Social Security No.:
    xxx–xx–4675

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             March 3, 2020
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*56* – Certification in Opposition to (related document:55 Creditor's Certification of Default (related document:33 Motion for Relief from Co–Debtor Stay of Mariann Fidelis De Goes filed by Creditor The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series, Motion for Relief from Stay re: 23 Stag Run, Washington Township, NJ 08080. Fee Amount $ 181., 49 Order (Generic)) filed by Denise E. Carlon on behalf of The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series. Objection deadline is 02/10/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series) filed by Andrew B. Finberg on behalf of Nelson Fidelis De Goes. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: February 7, 2020
JAN: eag

                                            Jeanne Naughton
                                            Clerk