Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.: 18−21535−ABA
            Chapter: 13
            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nelson Fidelis De Goes
    23 Stag Run
    Sewell, NJ 08080

Social Security No.:
    xxx−xx−4675

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         March 3, 2020
Time:        10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*56* − Certification in Opposition to (related document:55 Creditor's Certification of Default (related document:33 Motion for Relief from Co−Debtor Stay of Mariann Fidelis De Goes filed by Creditor The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series, Motion for Relief from Stay re: 23 Stag Run, Washington Township, NJ 08080. Fee Amount $ 181., 49 Order (Generic)) filed by Denise E. Carlon on behalf of The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series. Objection deadline is 02/10/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series) filed by Andrew B. Finberg on behalf of Nelson Fidelis De Goes. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.

Dated: February 7, 2020
JAN: eag

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nelson Fidelis De Goes  
    Debtor

Case No. 18-21535-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin       Page 1 of 1      Date Rcvd: Feb 07, 2020  
                Form ID: 173      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
db        +Nelson Fidelis De Goes,    23 Stag Run,    Sewell, NJ 08080-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

      Andrew B. Finberg    on behalf of Debtor Nelson  Fidelis De Goes andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com  
      Charles G. Wohlrab    on behalf of Creditor   The Bank of New York Mellon Trust Company,N.A., as successor-in-interest to all successors andassigns of Bank One, N.A., as Trustee for AssetBacked Funding Corporation Mortgage Loan Asset-Backed Certi cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
      Denise E. Carlon    on behalf of Creditor   The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                              TOTAL: 7