UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive – Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
PNC Bank, National Association
R.A. LEBRON, ESQ.
PN212
bankruptcy@fskslaw.com

**Order Filed on March 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 18-21535 ABA |
|---|---|
| NELSON FIDELIS DE GOES | Chapter: 13 |
| Debtor(s). | Hearing Date: February 15, 2022 |
| | Judge: Hon. Andrew B. Altenburg, Jr. |

Recommended Local Form:  ☐ Followed   ☒ Modified

ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: March 2, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | PNC Bank, National Association |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | Andrew B. Finberg |
| Property Involved (Collateral") | 23 STAG RUN<br>WASHINGTON TWP, NJ 08080 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 30 months, from August 20, 2019 to January, 20, 2022 with $67.30 in suspense which is broken down as follows:

    08/20/2019 @ $112.43
    09/20/2019 @ $110.55
    10/20/2019 @ $110.54
    11/20/2019 @ $106.92
    12/20/2019 @ $104.83
    01/20/2020 @ $104.07
    02/20/2020 @ $103.99
    03/20/2020 @ $101.32
    04/20/2020 @ $103.96
    05/20/2020 @ $103.96
    06/20/2020 @ $89.26
    07/20/2020 @ $91.96
    08/20/2020 @ $90.15
    09/20/2020 @ $89.26
    10/20/2020 @ $92.86
    11/20/2020 @ $90.16
    12/20/2020 @ $91.06
    01/20/2021 @ $90.15
    02/20/2021 @ $90.22
    03/20/2021 @ $92.04
    04/20/2021 @ $88.42
    05/20/2021 @ $91.14
    06/20/2021 @ $88.42
    07/20/2021 @ $92.94
    08/20/2021 @ $90.23
    09/20/2021 @ $91.14
    10/20/2021 @ $91.13
    11/20/2021 @ $89.33

      12/20/2021 @ $89.33
      01/20/2022 @ $90.23

☐   The Debtor is assessed for N/A late charges at N/A per month.

☐   Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

Total Arrearages Due $2,804.70.

2. Debtor must cure all post-petition arrearages, as follows:

☒   Immediate payment shall be made in the amount of $2,804.70. Payment shall be made no later than February 20, 2022.

☒   Beginning on February 20, 2022, regular monthly mortgage payments shall continue to be made.

☐   Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

☐   The amount of $N/A shall be capitalized in the Debtor's Chapter 13 plan. The Debtor's monthly payment to the Chapter 13 Trustee is modified to be $N/A per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

| | |
|---|---|
| ☒  Immediate payment: | PNC Bank, N.A.<br>P.O. BOX 94982<br>Cleveland, OH 44101 |
| ☒  Regular monthly payment: | PNC Bank, N.A.<br>P.O. BOX 94982<br>Cleveland, OH 44101 |

☐   Monthly cure payment:

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of N/A, and costs of $N/A.

   The fees and costs are payable:

   ☐ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 18-21535-ABA

Nelson Fidelis De Goes                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                          User: admin                                             Page 1 of 2

Date Rcvd: Mar 02, 2022                        Form ID: pdf903                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nelson Fidelis De Goes, 23 Stag Run, Sewell, NJ 08080-3303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022                                Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Nelson Fidelis De Goes andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York mellon fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as successor-in-interest to all successors andassigns of Bank One, N.A., as Trustee for AssetBacked Funding Corporation Mortgage Loan Asset-Backed Certi ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

R. A. Lebron
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York mellon  fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset Backed Certificates Series rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8