Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–21535–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nelson Fidelis De Goes
  23 Stag Run
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–4675

Employer's Tax I.D. No.:

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:  August 9, 2022
Time:  10:00 AM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*101* – CERTIFICATION in Opposition to (related document:100 Creditor's Certification of Default (related document:88 Motion for Relief from Stay re: 23 STAG RUN, WASHINGTON TWP, NJ 08080. Fee Amount $ 188. filed by Creditor PNC Bank, National Association, 95 Order on Motion For Relief From Stay) filed by R. A. Lebron on behalf of PNC Bank, National Association. Objection deadline is 07/15/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor PNC Bank, National Association) filed by Andrew B. Finberg on behalf of Nelson Fidelis De Goes. (Finberg, Andrew) Modified on 7/14/2022 TO CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.

Dated: July 14, 2022
JAN: eag

                                        Jeanne Naughton
                                        Clerk